IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAMON WILSON,

    Plaintiff,

  v.

CITIBANK, N.A.,

    Defendant.

No. C 16-02574 WHA

**ORDER DENYING MOTIONS TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE**

    Both plaintiff and defendant move to appear telephonically at the initial case management conference set for November 17 (Dkt. Nos. 18, 19). Good cause not shown, both motions are **DENIED**.

    **IT IS SO ORDERED.**

Dated: November 14, 2016.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE