1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DAMON WILSON,                              ) Case No. 3:16-cv-02574-WHA
                                               )
12              Plaintiff,                     ) [Assigned to the Honorable William H. Alsup]
                                               )
13       vs.                                   )
                                               ) ~~[PROPOSED]~~ **ORDER GRANTING**
14  CITIBANK, N.A.,                            ) **STIPULATION TO ARBITRATE AND**
                                               ) **STAY ACTION**
15  Defendant.                                 )
                                               )
16                                             )
                                               )
17                                             )
                                               )
18                                             )
                                               )
19                                             )

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to Arbitrate and Stay Action, and good cause having been shown, the Court hereby GRANTS the Stipulation and the case is stayed and all claims will be submitted to binding arbitration before JAMS pursuant to the arbitration provisions contained in the Card Agreements collectively attached as Exhibit 1 to the Stipulation to Arbitrate and Stay Action. The parties shall submit a joint status report by March 1, 2017, at noon.

IT IS SO ORDERED.

Dated:    November 16, 2016.

_____
Hon. William Alsup
United States District Court Judge