UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON WILSON, | ) Case No. 3:16-cv-02574-WHA |
| Plaintiff, | ) <br> ) [PROPOSED] ORDER GRANTING <br> ) STIPULATION FOR DISMISSAL WITH |
| v. | ) PREJUDICE <br> ) |
| CITIBANK, N.A., | ) <br> ) |
| Defendant. | ) Judge: Hon. William Alsup <br> ) |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: February 20, 2018.

_____
HON. WILLIAM ALSUP
U.S. DISTRICT COURT JUDGE